AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

_____*****_____ DISTRICT OF __NEVADA__

DUANE C. TIPTON,

      Plaintiff,                     JUDGMENT IN A CIVIL CASE

V.

                                    CASE NUMBER: **3:09-CV-00198-RCJ-VPC**

JACK PALMER, et al.,

      Defendants.

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED with prejudice for failure to state a claim.


   07/15/2010                                                   **LANCE S. WILSON**
                                                                               Clerk


                                                                               /s/ P. McDonald
                                                                              Deputy Clerk