# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DUANE C. TIPTON,<br><br>    Plaintiff,<br><br>    v.<br><br>JACK PALMER, *et al.*,<br><br>    Defendants. | 3:09-CV-198-RCJ(VPC)<br><br>**ORDER** |

Presently before the Court is Plaintiff's Motion For Reconsideration requesting relief from Judgment/Order (#19) filed on August 2, 2010.

Upon considering Tipton's arguments, all records on file and the relevant law, the court finds no basis to reconsider the Courts Order(#17) or Judgment (#18) entered on July 15, 2010.

## LEGAL STANDARD

Motions to reconsider are generally avoided. See e.g., United States v. Mills, 810 F.2d 907, 909 (9th Cir. 1987) (stating that "[t]he law of the case doctrine provides that in order to maintain consistency during the course of a single case, reconsideration of questions previously decided should be avoided."); see also Earl Old Person v. Brown, 312 F.3d 1036, 1039 (9th Cir. 2002) (stating that exceptions to the law of the case doctrine include the following: (1) the prior decision is clearly erroneous and its enforcement would work a manifest injustice; (2) intervening controlling authority; and (3) substantially different evidence). That notwithstanding, Fed. R. Civ. P. 60(b) provides that "[o]n motion and upon such terms as are just, the court may relieve a party . . . from a final judgment, order, or proceeding for the

following reasons: (1) mistake, inadvertence, surprise or excusable neglect . . . ."

    IT IS THEREFORE ORDERED that Tipton's Motion for Reconsideration (#19) is DENIED.

    IT IS SO ORDERED.

    Dated: This 13th day of August, 2010.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE